JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant OCHOA AVALOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 3:22-00427-RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| MIGUEL OCHOA AVALOS, | |
| Defendant. | |

This matter is set for a status conference on January 24, 2023.  Mr. Ochoa Avalos is presently a participant in New Bridge residential substance abuse treatment, which naturally limits counsel's ability to discuss the case with him. Defense counsel continues to investigate the charges and the parties have engaged in plea negotiations. Accordingly, the parties jointly request that the status conference be continued until February 21, 2023.

The parties also agree and jointly request that the time between January 24, 2023, and February 21, 2023, be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

January 23, 2023
Date

/s/
GEORGE HAGEMAN
Assistant United States Attorney

January 23, 2023
Date

/s/
GABRIELA BISCHOF
Attorney for Defendant Ochoa Avalos

IT IS SO ORDERED.

January 23, 2023
Date

RICHARD SEEBORG
United States District Judge