**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on October 2, 2025

Before Judge WILLIAM H. ORRICK

22-cr-00427-WHO-1 – UNITED STATES v. MIGUEL ANGEL OCHOA-AVALOS

Time in court: 15 minutes (2:47 p.m. to 3:02 p.m.)

| | |
|---|---|
| Attorney for United States: | George Hageman |
| Attorney for Defendant: | Ellen Leonida |
| Courtroom Deputy Clerk: | Jean Davis |
| Court Reporter: | April Brott |
| Probation Officers: | Robert Abalos and Ashley Polk |
| Pretrial Services Officer: | Sarai Canales |
| Interpreter: | n/a |

Defendant was present for hearing
Defendant is not in custody

**PROCEEDINGS**

Sentencing held. Counsel confirm that the Court has reviewed all relevant materials. Counsel heard as to defense objection to search condition. The objection is overruled. Counsel confirm the accuracy of the sentencing guidelines calculations. Counsel heard as to the §3553(a) factors and sentencing recommendation. Ms. Canales heard as to Mr. Ochoa-Avalos's performance in the LEADS program. Mr. Ochoa-Avalos heard on his own behalf.

Defendant is committed to the Bureau of Prisons for a term of TIME SERVED followed by **3 years** of Supervised Release under the standard conditions in force in this District and additional special conditions.
A special assessment fee of **$100.00** is imposed. Fine waived.
Defendant shall forfeit any interest in the firearm and ammunition seized in connection with his arrest.
See Judgment for special conditions.